UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UONG LAM, individually, dba PERFUME COSMETICS WORLD,<br><br>    Plaintiff,<br><br>vs.<br><br>EDI EXPRESS, INC., a California Corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. LA CV15-06430 JAK (Ex)<br><br>ORDER GRANTING STIPULATION RE DISMISSAL JS-6 |

Based upon the stipulation by and between the parties hereto, plaintiff Uong Lam, doing business as Perfume Cosmetics World, ("Perfume Cosmetics") and defendant EDI Express, Inc. ("EDI"), by and through their attorneys of record, and the facts that a settlement agreement has been reached between such parties for full resolution of the above-referenced case and that that the terms of said agreement have been satisfied,

IT IS HEREBY ORDERED that the entire case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: December 1, 2015

                                              JOHN A. KRONSTADT
                                              United States District Judge